**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OMNIPOUNT HOLDINGS, INC.<br>Plaintiff,<br><br>vs.<br><br>THE TOWN OF JOHNSTON, THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, ANTHONY PILOZZI, JOSEPH ANZELONE, ANTHONY VERARDO, KENNETH AURECCHIA, ERNEST ACCIARDO in their capacities as members of the Johnston Zoning Board of Review<br>Defendants. | : | Civil Action No.: 06-140 S |

## DEFENDANT'S ANSWERS TO PLAINTIFF'S COMPLAINT

## PARTIES

1. Neither admit nor deny.

2. Admit.

3. Admit.

4. Neither admit nor deny.

## JURISDICTION AND VENUE

5. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

6. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

7. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

## FACTUAL BACKGROUND

### The Personal Communications Service Technology

8. Neither admit nor deny.

9. Neither admit nor deny.

10. Neither admit nor deny.

11. Neither admit nor deny.

12. Neither admit nor deny.

13. Neither admit nor deny.

14. Neither admit nor deny.

15. Neither admit nor deny.

**Federal Statutory Control over PCS Siting**

16. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

17. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

**The Request for Use and Dimensional Variances**

18. Neither admit nor deny.

19. Neither admit nor deny.

20. Denied.

21. Neither admit nor deny.

22. Neither admit nor deny.

24. Neither admit nor deny.

25. Neither admit nor deny.

26. Neither admit nor deny.

27. Denied.

**COUNT I – Violation of the Telecommunications Act of 1996**

28. Defendants hereby incorporate by reference each of the answers to the allegations contained in paragraphs 1 through 27 of Plaintiff's Complaint as if fully set forth herein.

29. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

30. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

31. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

32. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

39. Denied.

40. Denied.

41. Inasmuch as this paragraph contains a legal conclusion, no answer is required.

41. Denied.

42 Denied.

43 Denied.

WHEREFORE, the Defendants respectfully request that the Plaintiff's Complaint be dismissed and that they be awarded costs and such other further relief as the Court deems just and appropriate or the circumstances of the case require.

Respectfully submitted,
Defendants,
By their Attorney,

John M. Verdecchia, Esq. #3374
Town Solicitor
1385 Hartford Avenue
Johnston, RI 02919

## AFFIRMATIVE DEFENSES

The Town of Johnston and the Johnston Zoning Board of Review hereby asserts the following Affirmative Defenses:

1. Statue of Limitations;

2. Insufficient Service of Process;

3. Failure to Exhaust Administrative Remedies;

4. Waiver; and

5. Laches.

Respectfully submitted,
Defendants,
By their Attorney,

John M. Verdecchia, Esq. #3374
Town Solicitor
1385 Hartford Avenue
Johnston, RI 02919
(401) 351-6618

## CERTIFICATION

I hereby certify that I mailed a true copy of the within Answers to Complaint to Paul Cantor, Esq., 321 South Main Street, #302, Providence, Rhode Island 02903 and William A. Worth, Esq., PRINCE, LOBEL, GLOVSKY & TYE LLP, 585 Commercial Street, Boston, MA 02109 on this 12th day of April, 2006.