UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE TOWN OF JOHNSTON, THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, ANTHONY PILOZZI, JOSEPH ANZELONE, ANTHONY VERARDO, KENNETH AURECCHIA, ERNEST ACCIARDO in their capacities as members of the Johnston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-140 |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Ominipoint Holdings, Inc. hereby moves that William A. Worth be admitted Pro Hac Vice in the above case as counsel with local counsel identifed below.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorneys,

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

William A. Worth, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8000
Fax Number: (617) 456-8100

Dated: 5/18/06