UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

DEC 05 2006

Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC,<br><br>Plaintiff,<br><br>v.<br><br>THE TOWN OF JOHNSTON, THE ZONING BOARD OF REVIEW OF THE TOWN OF JOHNSTON, ANTHONY PILOZZI, JOSEPH ANZELONE, ANTHONY VERARDO, KENNETH AURECHHIA AND ERNEST ACCARDO In their capacities as members of the Town of Johnston Zoning Board of Review<br><br>Defendants. | Civil Action No. 06-140-S |

**AGREEMENT FOR JUDGMENT**

This Agreement for Judgment ("Agreement") is made this 5 day of December, 2006, by and among Omnipoint Holdings, Inc. ("Omnipoint"), the Town Of Johnston (the "Town"), the Zoning Board of Review for the Town of Johnston (the "Board"), and Anthony Pilozzi, Joseph Anzelone, Anthony Verardo, Kenneth Aurecchia and Ernest Accardo, as members of the Board (collectively, the "Defendants"). All of the above parties shall be collectively referred to herein as the "Parties."

WHEREAS, Omnipoint commenced a civil action entitled Omnipoint Holdings, Inc. v. The Town of Johnston, et al., Civil Action No. 06-140S in the United States District Court for the District of Rhode Island (the "Litigation") in which Omnipoint asserted claims against the Defendants arising out of the Defendants' denial of Omnipoint's application for a dimensional variance and a use variance to construct a wireless communications facility ("WCF") at 316 Greenville Avenue, Johnston ("the Site").

WHEREAS, Omnipoint alleged in the Litigation that the Defendants violated the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c) which allegations the Defendants denied.

WHEREAS, the Parties wish to avoid further expense in connection with the Litigation and desire to settle and compromise all allegations made in the matters at issue in the Litigation;

WHEREAS, the Parties have agreed to settle the Litigation upon the terms contained herein and in the Judgment attached hereto as Exhibit A;

WHEREAS, the Parties agree that the Litigation should be settled forthwith, that there is no just cause for delay, and that a remand of this matter to the Board would serve no useful purpose.

NOW THEREFORE, the Parties, through their counsel, stipulate and agree as follows:

1. Final Judgment, in the form attached hereto as Exhibit A, shall enter, vacating the Board's January 26, 2006 decision, filed in the Town Clerk's Office on February 27, 2006, to deny Omnipoint's request to install the WCF at the Site and granting Omnipoint's application for such variances and all other approvals and permits from the Board and the City which are necessary to allow the installation and operation of Omnipoint's WCF at the Site, consistent with its application and the plans and specifications as presented at the hearings before the Board, which the parties agree are to be modified consistent with paragraph 2, below.

2. Omnipoint agrees that it will modify the WCF for which it applied by building the WCF as a flagpole with antennas within flagpole, and that it will be responsible for the maintenance of the flagpole at its sole expense.

3. The Parties further stipulate and agree that there is no just cause for delay in the issuance of the variances at issue in this matter, and further meetings, hearings or decisions would serve no useful purpose, and that the zoning relief necessary to permit the installation and

operation of Omnipoint's WCF is hereby granted. Consistent with this Agreement for Judgment, the City agrees and stipulates that Omnipoint's application satisfies the criteria for variances, as well as all other approvals and permits which are necessary for Omnipoint's WCF. Further, the Parties stipulate and agree that the Board shall have the obligation to issue the requested variances, as well as all other approvals and permits which the Board is authorized to issue, subject to the requirements of the Town of Johnston's Zoning Ordinance, and which are necessary for Omnipoint's WCF, forthwith, and in no event later than thirty (30) days from the date hereof. If the Board fails to issue such variances and other approvals and permits as aforesaid, this Agreement for Judgment shall operate as a grant thereof without the necessity of further action on the part of the Board or Omnipoint.

4. This Agreement for Judgment fully and completely resolves all of Omnipoint's pending claims against the Defendants with respect to Omnipoint's proposed WCF at the Site, but it shall have no effect on either party with respect to any future applications for zoning relief in other locations in Johnston or on any litigation which may arise out of any such future applications.

5. The Parties acknowledge and agree that they have entered into this Agreement on the advice of counsel, voluntarily, and not as a result of any promise or representation except as set forth expressly herein, and not as a result of any duress or coercion by any person or entity.

6. This Agreement has been deemed to be made and entered into in the State of Rhode Island, and shall in all respects be interpreted, enforced and governed under federal law.

7. This Agreement and the Judgment filed herewith constitute the entire agreements among the Parties, and it is expressly agreed that this Agreement may not be altered, amended, modified or otherwise changed in any respect, except by a writing duly executed by all of the Parties.

8. This Agreement shall inure to the benefit of, and be binding upon, the Parties to this Agreement and each of their officers, directors, shareholders, trustees, beneficiaries, agents, employees, attorneys, predecessors, successors and assigns.

9. This Agreement may be executed in counterparts, each of which shall be treated as an original.

OMNIPOINT HOLDINGS, INC.

By its attorneys,

William A. Worth, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8000
Fax Number: (617) 456-8100

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

DEFENDANTS,

By their attorney,

John Verdecchia, Esq.
1206 Westminster Street
Providence, RI 02909
(401) 351-6618

Dated: December 5, 2006

ENTER:
U.S. DISTRICT JUDGE
12/6/06